NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRUCE WAYNE NELOMES,                )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D19-469
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____ )

Opinion filed December 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Keith P. Spoto, Judge.

Bruce Wayne Nelomes, pro se.

PER CURIAM.

        Affirmed.

NORTHCUTT, MORRIS, and BADALAMENTI JJ., Concur.